■ JULIA PUTVIN, as Administratrix of the Estate of PERCY J. PUTVIN, Deceased, Appellant-Respondent, v. JOSEPH DAVIS, INC., Respondent-Appellant, et al., Defendants. (And 10 Other Actions.) — Order unanimously reversed, without costs of these appeals to any party and order entered directing each of the plaintiffs to furnish a supplemental bill of particulars giving greater details, as specifically as possible, in response to paragraphs 2, 3, 4 and 5 of the demand by the defendant Joseph Davis, Inc. Cross appeal dismissed, without costs. Memorandum: The Special Term acted improvidently in directing the elimination of all the provisions of the original bill of particulars in response to paragraphs 1 to 5 of the demand and in prescribing the text of the provisions to be contained in the supplemental bill of particulars. (Cross appeals from order of Erie Special Term directing plaintiffs in the 11 actions to furnish defendant Joseph Davis, Inc., a further bill of particulars containing certain language as prescribed in the order. The cross appeal by Davis Corp. is from failure of Special Term to grant said defendant's motion for a further bill of particulars in its entirety.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ JULIA PUTVIN, as Administratrix of the Estate of PERCY J. PUTVIN, Deceased, Appellant, v. JOSEPH DAVIS, INC., et al., Defendants, and BUFFALO ELECTRIC COMPANY, INC., Respondent. (And 10 Other Actions.) — Order unanimously modified by inserting the word "supplemental" before the words "verified bill of particulars" and as modified affirmed, without costs of this appeal to any party. Memorandum: The order is modified in the manner stated, upon the understanding that the new bill of particulars will be a supplemental bill of particulars and that the original bill of particulars heretofore served in each case and rejected by the defendant's attorney will be reserved. (Appeal from order of Erie Special Term directing plaintiffs in the 11 actions to furnish to defendant Buffalo Electric Co. a further bill of particulars.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ NOTTINGHAM REALTY CO., INC., Appellant, v. SWAN CLEANERS SYRACUSE CORP., Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Onondaga Special Term, denying plaintiff's motion for summary judgment.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of HARRY RUBIN, Appellant, v. ANTHONY A. HENNINGER, as Mayor of the City of Syracuse, et al., Respondents.— Judgment and order unanimously affirmed, without costs of this appeal to any party. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ DONALD CLARK et al., Respondents, v. ALMEDA C. WATERS, Appellant. — Order unanimously reversed, with $25 costs and disbursements and motion denied, with $10 costs. Memorandum: We find that the allegations of paragraphs 5 and 6 of the answer state a good defense of rescission and we also find that the allegations of paragraph 9 state a good counterclaim. (Appeal from order of Onondaga Special Term granting motion by plaintiffs, to strike defenses and counterclaim Numbered II and IV in defendant's answer.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Appellant, v. EDWARD SCHULTZ, Respondent.— Appeal dismissed, with costs, upon stipulation.